UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MATTHEW LEE YENSAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) **JUDGMENT IN A CIVIL CASE** |
| vs. | ) **CASE NO. 5:24-CV-300-D** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS the respondent's motion to dismiss [D.E. 17] and DISMISSES WITHOUT PREJUDICE petitioner's petition [D.E. 1]. The clerk SHALL close the case.

This Judgment filed and entered on May 14, 2025, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

May 14, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk